United States District Court

Eastern District of California

Michael O. Marich,

      Plaintiff,        No. Civ. S 02-1367 FCD PAN P

  vs.                Findings and Recommendations

D.K. Butler, et al.,

      Defendants.

-oOo-

December 9, 2002, the court found that service of process was appropriate only for defendant Butler but did not address whether service was proper for defendant Cambra, Acuna, Flatt or Latteri.

The pleading fails to state a claim against any defendant other than Butler because it does not show how any other defendant participated in the deprivation of plaintiff's constitutional rights. The court finds that, at the present juncture, amendment would be futile.

1       Accordingly, the court hereby recommends claims against
2  Cambra, Acuna, Flatt and Latteri be dismissed for failure to
3  state a cognizable claim.  28 U.S.C. § 1915.
4       Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
5  findings and recommendations are submitted to the United States
6  District Judge assigned to this case.  Written objections may be
7  filed within 20 days of service of these findings and
8  recommendations.  The document should be captioned "Objections to
9  Magistrate Judge's Findings and Recommendations."  The district
10 judge may accept, reject, or modify these findings and
11 recommendations in whole or in part.
12      Dated:  June 2, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge