IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael O. Marich,

    Plaintiff,                     No. CIV S-02-1367 FCD PAN P

    vs.

D. K. Butler, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1 and 3, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations. Findings and recommendations served on plaintiff were returned because he refused to accept delivery.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

1  ORDERED that:

2     1. The findings and recommendations filed June 3 and 5, 2005, are adopted in
3  full.

4     2. Defendant Butler's September 20, 2004, supplemental motion for summary
5  judgment is granted.

6     3. Claims against defendants Cambra, Acuna, Flatt and Latteri are dismissed for
7  failure to state a claim.

8  DATED:June 24, 2005

9

10     /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
11     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26